



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**FIRST SUPERSEDING INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.:** | 11-107 |
| v. | * | **SECTION:** | "F" |
| **MONTREAL DELANEY** <br> a/k/a "Mack" | * | **VIOLATIONS:** | 21 USC § 841(a)(1) <br> 21 USC § 841(b)(1)(A) |
| **DETROY MARTIN** <br> a/k/a "Troy" <br> a/k/a "T" | * | | 21 USC § 841(b)(1)(C) <br> 21 USC § 846 <br> 21 USC § 843(b) |
| **BRYAN BALL** <br> a/k/a "Dennis" <br> a/k/a "Bryan Elphage" | * | | 18 USC § 2 |
| **DAN DELANEY** <br> a/k/a "Uncle Dan" | * | | |
| **GREGORY STEWART** <br> a/k/a "Rabbit" <br> a/k/a "D-Nice" | * | | |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1

Beginning on at a time unknown but prior to on or about December 2008, and continuing until on or about May 31, 2011, in the Eastern District of Louisiana and elsewhere, the defendants, **Montreal DELANEY** a/k/a "Mack," **Detroy MARTIN** a/k/a "Troy," a/k/a "T,"

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____

Bryan **BALL** a/k/a "Dennis," a/k/a "Bryan Elphage," and **Dan DELANEY** a/k/a "Uncle Dan," and **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with the intent to distribute one (1) kilogram or more of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 24, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack", did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about October 4, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about October 19, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack," did knowingly and intentionally distribute a quantity of

heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5

On or about November 4, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6

On or about September 29, 2010, in the Eastern District of Louisiana, the defendants **Montreal DELANEY** a/k/a "Mack" and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 18 United States Code, Section 2.

## COUNT 7

On or about October 13, 2010, in the Eastern District of Louisiana, the defendants **Montreal DELANEY** a/k/a "Mack," and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) 18 United States Code, Section 2.

## COUNT 8

On or about November 30, 2010, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(C).

## COUNT 9

On or about January 23, 2011, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 10

On or about February 20, 2011, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Brian BALL** a/k/a "Dennis," a/k/a "Bryan Elphage," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 11

On or about February 12, 2011, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Dan DELANEY** a/k/a "Uncle Dan," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 12

On or about May 20, 2011, in the Eastern District of Louisiana, the defendant, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 through 12 of this indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 12, the defendants, **Montreal DELANEY** a/k/a "Mack," **Detroy MARTIN** a/k/a "Troy," a/k/a "T," **Bryan BALL** a/k/a "Dennis," a/k/a "Bryan Elphage," **Dan DELANEY** a/k/a "Uncle Dan," and **Gregory**

**STEWART** a/k/a "Rabbit" a/k/a "D-Nice" shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 12 of this indictment.

    3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants.

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

*Denise Spencer*
FOREPERSON

JIM LETTEN
United States Attorney
Louisiana Bar Roll Number 8517

JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll Number 9020

SHARAN E. LIEBERMAN
Assistant United States Attorney

New Orleans, Louisiana
June 30, 2011

7

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__
_____ Division

THE UNITED STATES OF AMERICA

vs.

MONTREAL DELANEY, a/k/a "Mack"
DETROY MARTIN, a/k/a "Troy", a/k/a "T"
BRYAN BALL, a/k/a "Dennis", a/k/a "Bryan Elphage"
DAN DELANEY, a/k/a "Uncle Dan"
GREGORY STEWART, a/k/a "Rabbit", a/k/a "D-Nice"

SUPERCEDING INDICTMENT
FOR VIOLATIONS OF THE FEDERAL
CONTROLLED SUBSTANCES ACT

| VIOLATIONS: | 21 USC § 841(a)(1) |
| | 21 USC § 841(b)(1)(A) |
| | 21 USC § 841(b)(1)(C) |
| | 21 USC § 846 |
| | 21 USC § 843(b) |
| | 18 USC § 2 |

_A true bill._

_____
Foreperson

Filed in open court this 30TH day of June, A.D. 2011.

_____
Clerk

Bail, $ _____

_____
SHARAN E. LIEBERMAN
Assistant United States Attorney