FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 DEC -1  PM 12: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

### THIRD SUPERSEDING INDICTMENT FOR VIOLATIONS OF
### THE FEDERAL CONTROLLED SUBSTANCES ACT
### <u>FEDERAL GUN CONTROL ACT AND MURDER</u>

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.:** | **11-107** |
| **v.** | * | **SECTION:** | **"G"** |
| **MONTREAL DELANEY** | * | **VIOLATIONS:** | **21 USC § 841(a)(1)** |
| a/k/a "Mack" | | | **21 USC § 841(b)(1)(A)** |
| **DETROY MARTIN** | * | | **18 USC § 924(o)** |
| a/k/a "Troy," a/k/a "T" | | | **21 USC § 841(b)(1)(C)** |
| **DAN DELANEY** | * | | **21 USC § 846** |
| a/k/a "Uncle Dan" | | | **21 USC § 843(b)** |
| **GREGORY STEWART** | * | | **18 USC § 2** |
| a/k/a "Rabbit," a/k/a "D-Nice" | | | **18 USC § 924(c)(1)** |
| **EVANS LEWIS** | * | | **18 USC § 924(j)** |
| a/k/a "Easy" | | | **18 USC § 924(d)(1)** |
| **PARNELL WATTS** | * | | **18 USC § 1001** |
| a/k/a "Nell," a/k/a "Nelly" | | | **21 USC § 853** |
| **SOLOMON DOYLE** | * | | |
| a/k/a "Sol," a/k/a "Black" | | | |
| **JASMINE PERRY** | * | | |
| a/k/a "Jarrell," a/k/a "Rell" | | | |
| **DARICK WALLACE** | * | | |
| a/k/a "Lil Man" | | | |
| **ODINE DOMINICK** | * | | |
| a/k/a "Odean" | | | |
| **VANITY VINCENT** | * | | |

* * *

The Grand Jury charges that:

Fee ___ VSA
Process ____
X  Dktd ____
CtRmDep ____
Doc. No. ____

## COUNT 1

Beginning on at a time unknown but prior to December 2008, and continuing until on or about June 20, 2011, in the Eastern District of Louisiana and elsewhere, the defendants, **Montreal DELANEY** a/k/a "Mack," **Detroy MARTIN** a/k/a "Troy," a/k/a "T," **Dan DELANEY** a/k/a "Uncle Dan," **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice," **Evans LEWIS** a/k/a "Easy," **Parnell WATTS** a/k/a "Nell" a/k/a "Nelly," **Solomon DOYLE** a/k/a "Sol," a/k/a "Black," **Jasmine PERRY** a/k/a "Jarrell" a/k/a "Rell," **Darick WALLACE** a/k/a "Lil Man," **Odine DOMINICK** a/k/a "Odean" and **Vanity VINCENT** did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with the intent to distribute one (1) kilogram or more of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

Beginning on a date unknown, but prior to December 2008, and continuing to on or about June 20, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** aka "Rabbit" a/k/a "D-Nice," **Evans LEWIS** a/k/a "Easy," and **Vanity VINCENT** did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, during and in relation to a drug trafficking crime, to use and carry firearms, and possess firearms in furtherance of the drug trafficking crime, to wit: a conspiracy to possess with the intent to distribute heroin; all in violation of Title 18, United States Code, Section 924(o).

2

## COUNT 3

On or about September 24, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack", did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about September 29, 2010, in the Eastern District of Louisiana, the defendants **Montreal DELANEY** a/k/a "Mack" and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 18 United States Code, Section 2.

## COUNT 5

On or about October 4, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6

On or about October 13, 2010, in the Eastern District of Louisiana, the defendants **Montreal DELANEY** a/k/a "Mack," and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) 18 United States Code, Section 2.

## COUNT 7

On or about October 19, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8

On or about November 4, 2010, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 9

On or about November 30, 2010, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 10

On or about January 23, 2011, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Detroy MARTIN** a/k/a "Troy," a/k/a "T," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug

controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 11

On or about February 12, 2011, in the Eastern District of Louisiana, the defendants, **Montreal DELANEY** a/k/a "Mack" and **Dan DELANEY** a/k/a "Uncle Dan," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 12

On or about February 16, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice"and **Evans LEWIS** a/k/a "Easy" did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 13

On or about February 18, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" and **Darick WALLACE** a/k/a "Lil Man" did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and

facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 14

On or about February 20, 2011, in the Eastern District of Louisiana, the defendant, **Montreal DELANEY** a/k/a "Mack" did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 15

On or about March 21, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" and **Odine DOMINICK** a/k/a "Odean" did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 16

On or about March 22, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" and **Parnell WATTS** a/k/a "Nell" a/k/a "Nelly" did

knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 17

On or about March 22, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" and **Jasmine PERRY** a/k/a "Jarrell" a/k/a "Rell" did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 18

On or about March 23, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" and **Vanity VINCENT** did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 19

On or about May 20, 2011, in the Eastern District of Louisiana, the defendant, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 20

On or about May 24, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice" and **Evans LEWIS** a/k/a "Easy" did knowingly carry and use a firearm, to wit: a 40 caliber semi-automatic handgun of an unknown make, model and serial number, and a 7.62 mm assault rifle of an unknown make, model and serial number, during and in relation to the commission of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: a conspiracy to possess with the intent to distribute heroin, as set forth in Count 1 of this third superseding indictment which is realleged and incorporated by reference herein, in violation of Title 18, United States Code, Section 924(c)(1), and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendants, with malice aforethought, did unlawfully kill Gregory Keys a/k/a "Smokey," by shooting him with these firearms wilfully, deliberately, maliciously, and with premeditation; all in violation of Title 18, United States Code, Section 924 (j).

## COUNT 21

On or about June 20, 2011, in the Eastern District of Louisiana, the defendant, **Vanity**

**VINCENT**, did knowingly and willfully make a false, fictitious and fraudulent statement and

representation as to a material fact in a matter within the jurisdiction of the Federal Bureau of

Investigation ("FBI"), an agency and department of the United States of America, in that she falsely

stated to agents of the FBI, that she had not spoken with the defendant, **Gregory STEWART**, from

on or about May 21, 2011 through June 20, 2011, when in truth and in fact, as the defendant, **Vanity**

**VINCENT**, well knew, she had spoken with the defendant many times during this time period; all

in violation of Title 18, United States Code, Section 1001.

## NOTICE OF SPECIAL FINDINGS

1.    The allegations of Count 20 of this third superceding indictment are realleged and by

reference incorporated as though set forth fully herein for the purposes of alleging the statutory

aggravating factors pursuant to the provisions of Title 18, United States Code, Sections 3591, 3592

and 3593.

2.    As to Count 20 of this third superceding indictment, the defendant, **Gregory**

**STEWART**, a/k/a "Rabbit" a/k/a "D-Nice" and **Evans LEWIS** a/k/a "Easy":

      a.    were 18 years of age or older at the time of the offense.

      b.    intentionally killed Gregory Keys a/k/a "Smokey" (18 U.S.C. §3591(a)(2)(A)).

      c.    intentionally inflicted serious bodily injury that resulted in the death of
            Gregory Keys a/k/a "Smokey" (18 U.S.C. §3591(a)(2)(B)).

      d.    intentionally participated in one or more acts, contemplating that the life of
            a person would be taken or intending that lethal force would be used in

9

connection with a person, other than a participant in the offense, and Gregory

Keys a/k/a "Smokey" died as a direct result of such act or acts (18 U.S.C. §

3591(a)(2)(C)).

e.    intentionally and specifically engaged in one or more acts of violence,

knowing that the act or acts created a grave risk of death to a person, other

than one of the participants in the offense, such that participation in such act

or acts constituted a reckless disregard for human life, and Gregory Keys

a/k/a "Smokey" died as a direct result of such act or acts (18 U.S.C. §

3591(a)(2)(D)).

f.    committed the offense, or in escaping apprehension for the violation of the

offense, knowingly created a grave risk of death to 1 or more persons in

addition to the victim of the offense (18 U.S.C. § 3592(c)(5)).

g.    committed the offense after substantial planning and premeditation to cause

the death of Gregory Keys a/k/a "Smokey" (18 U.S.C. § 3592(c)(9)).

h.    intentionally killed or attempted to kill more than one person in a single

criminal episode (18 U.S.C. § 3592(c)(16)).

## NOTICE OF DRUG FORFEITURE

1.    The allegations of Counts 1 through 21 of this third superseding indictment are

alleged and incorporated by reference as though set forth fully herein for the purpose of alleging

forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code,

Section 853.

2.      As a result of the offenses alleged in Counts 1 through 21, the defendants, **Montreal DELANEY** a/k/a "Mack," **Detroy MARTIN** a/k/a "Troy," a/k/a "T," **Dan DELANEY** a/k/a "Uncle Dan," **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice," **Evans LEWIS** a/k/a "Easy," **Parnell WATTS** a/k/a "Nell" a/k/a "Nelly," **Solomon DOYLE** a/k/a "Sol," a/k/a "Black," **Jasmine PERRY** a/k/a "Jarrell" a/k/a "Rell," **Darick WALLACE** a/k/a "Lil Man," and **Odine DOMINICK** a/k/a "Odean" shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 21 of this third superseding indictment.

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants.

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

11

## NOTICE OF GUN FORFEITURE

1.      The allegations of Counts 2 and 20 of this third superseding indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1) and Title 28, United States Code, Section 2461(c).

2.      As a result of the offenses alleged in Counts 2 and 20, the defendants, **Gregory STEWART** a/k/a "Rabbit" a/k/a "D-Nice," **Evans LEWIS** a/k/a "Easy" and **Vanity VINCENT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 942(c), 924(j) and 924(o), as alleged in Counts 2 and 20 of the third superseding indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

12

All in violation of Title 18, United States Code, Sections 924(c), 924(j), 924(o) and 924(d)(1).

A TRUE BILL:

FOREPERSON

JIM LETTEN
United States Attorney
Louisiana Bar Roll Number 8517

JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll Number 9020

SHARAN E. LIEBERMAN
Assistant United States Attorney

New Orleans, Louisiana
December 1, 2011

13

FORM OBD-34

No. 11-107 "G"

UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

THE UNITED STATES OF AMERICA

vs.

MONTREAL DELANEY, a/k/a "Mack", DETROY MARTIN, a/k/a "Troy", a/k/a "T", DAN DELANEY, a/k/a "Uncle Dan", GREGORY STEWART, a/k/a "Rabbit", a/k/a "D-Nice", EVANS LEWIS, a/k/a "Easy", PARNELL WATTS, a/k/a "Nell", a/k/a "Nelly", SOLOMON DOYLE, a/k/a "Sol", a/k/a "Black", JASMINE PERRY, a/k/a "Jarrell", a/k/a "Rell", DARICK WALLACE, a/k/a "Lil Man", ODINE DOMINICK, a/k/a "Odean", VANITY VINCENT

THIRD SUPERSEDING INDICTMENT
FOR VIOLATIONS OF THE FEDERAL CONTROLLED
SUBSTANCES ACT

VIOLATIONS:     21 USC § 841(a)(1)
                21 USC § 841(b)(1)(A)
                18 USC § 924(o)
                21 USC § 841(b)(1)(C)
                21 USC § 846
                21 USC § 843(b)
                18 USC § 2
                18 USC § 924(c)(1)
                18 USC § 924(j)
                18 USC § 924(d)(1)
                18 USC § 1001
                21 USC § 853

*A true bill.*

_____
Foreperson

*Filed in open court this 1st day of December, A.D. 2011.*

_____
Clerk

Bail, $ _____

SHARAN E. LIEBERMAN, Assistant United States Attorney