



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JAN 19  PM 12: 17

LORETTA G. WHYTE
CLERK

# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FOURTH SUPERSEDING INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT,
<u>FEDERAL GUN CONTROL ACT, AND MURDER</u>**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.:** | **11-107** |
| **v.** | * | **SECTION:** | **"G"** |
| **GREGORY STEWART** | * | **VIOLATIONS:** | **21 USC § 841(a)(1)** |
| a/k/a "Rabbit," a/k/a "D-Nice" | | | **21 USC § 841(b)(1)(A)** |
| **EVANS LEWIS** | * | | **18 USC § 924(o)** |
| a/k/a "Easy" | | | **21 USC § 841(b)(1)(C)** |
| **PARNELL WATTS** | * | | **21 USC § 846** |
| a/k/a "Nell," a/k/a "Nelly" | | | **21 USC § 843(b)** |
| **SOLOMON DOYLE** | * | | **18 USC § 2** |
| a/k/a "Sol," a/k/a "Black" | | | **18 USC § 924(c)(1)** |
| **JASMINE PERRY** | * | | **18 USC § 924(j)** |
| a/k/a "Jarrell," a/k/a "Rell" | | | **18 USC § 1001** |
| **DARICK WALLACE** | * | | |
| a/k/a "Lil Man" | | | |
| **ODINE DOMINICK** | * | | |
| a/k/a "Odean" | | | |
| **VANITY VINCENT** | * | | |
| **TERRIOUES OWNEY** | | | |
| a/k/a "T-Red," a/k/a "Red," a/k/a "T" | * | | |

* * *

The Grand Jury charges that:

## <u>COUNT 1</u>

Beginning on a date unknown, but prior to December 2008, and continuing until on or about

December 20, 2011, in the Eastern District of Louisiana and elsewhere, the defendants, **Gregory**

Fee _____
Process _____
X Dkd _____
CtRmDep _____
Doc. No. _____

STEWART, a/k/a "Rabbit," a/k/a "D-Nice," Evans LEWIS, a/k/a "Easy," Parnell WATTS, a/k/a "Nell," a/k/a "Nelly," Solomon DOYLE, a/k/a "Sol," a/k/a "Black," Jasmine PERRY, a/k/a "Jarrell," a/k/a "Rell," Darick WALLACE, a/k/a "Lil Man," Odine DOMINICK, a/k/a "Odean," Vanity VINCENT, and Terrioues OWNEY, a/k/a "T-Red," a/k/a "Red," a/k/a "T," did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with the intent to distribute one (1) kilogram or more of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

Beginning on a date unknown, but prior to December 2008, and continuing to on or about December 20, 2011, in the Eastern District of Louisiana, the defendants, Gregory STEWART, aka "Rabbit," a/k/a "D-Nice," Evans LEWIS, a/k/a "Easy," and Vanity VINCENT, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, during and in relation to a drug trafficking crime, to use and carry firearms, and possess firearms in furtherance of the drug trafficking crime, to wit: a conspiracy to possess with the intent to distribute heroin; all in violation of Title 18, United States Code, Section 924(o).

## COUNT 3

On or about February 16, 2011, in the Eastern District of Louisiana, the defendants, Gregory STEWART, a/k/a "Rabbit," a/k/a "D-Nice," and Evans LEWIS a/k/a "Easy," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and

846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

### COUNT 4

On or about February 18, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," and **Darick WALLACE,** a/k/a "Lil Man," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

### COUNT 5

On or about March 14, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," and **Terrioues OWNEY,** a/k/a "T-Red," a/k/a "Red," a/k/a "T," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 6

On or about March 21, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," and **Odine DOMINICK,** a/k/a "Odean," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 7

On or about March 22, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice" and **Parnell WATTS,** a/k/a "Nell" a/k/a "Nelly," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 8

On or about March 22, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," and **Jasmine PERRY,** a/k/a "Jarrell," a/k/a "Rell," did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I

narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 9

On or about March 23, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," and **Vanity VINCENT** did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to possess with the intent to distribute heroin, a Schedule I narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 10

On or about May 20, 2011, in the Eastern District of Louisiana, the defendant, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 11

On or about May 24, 2011, in the Eastern District of Louisiana, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," and **Evans LEWIS,** a/k/a "Easy," did knowingly carry and use two firearms, to wit: an unknown make and model 40 caliber semi-automatic handgun, and an unknown make and model 7.62 caliber assault rifle, during and in relation to the commission of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: a conspiracy to possess with the intent to distribute heroin, as set forth in Count 1 of this fourth

superseding indictment which is realleged and incorporated by reference herein, in violation of Title 18, United States Code, Section 924(c)(1), and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendants, with malice aforethought, did unlawfully kill Gregory Keys a/k/a "Smokey," by shooting him with these firearms wilfully, deliberately, maliciously, and with premeditation; all in violation of Title 18, United States Code, Section 924 (j).

**COUNT 12**

On or about June 20, 2011, in the Eastern District of Louisiana, the defendant, **Vanity VINCENT**, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency and department of the United States of America, in that she falsely stated to agents of the FBI, that she had not spoken with the defendant, **Gregory STEWART**, a/k/a "Rabbit," a/k/a "D-Nice," from on or about May 21, 2011 through June 20, 2011, when in truth and in fact, as the defendant, **Vanity VINCENT**, well knew, she had spoken with the defendant many times during this time period; all in violation of Title 18, United States Code, Section 1001.

**NOTICE OF SPECIAL FINDINGS**

1.    The allegations of Count 11 of this fourth superseding indictment are realleged and by reference incorporated as though set forth fully herein for the purposes of alleging the statutory aggravating factors pursuant to the provisions of Title 18, United States Code, Sections 3591, 3592 and 3593.

2.    As to Count 11 of this fourth superseding indictment, the defendants, **Gregory STEWART**, a/k/a "Rabbit," a/k/a "D-Nice," and **Evans LEWIS**, a/k/a "Easy,":

6

a.    were 18 years of age or older at the time of the offense.

b.    intentionally killed Gregory Keys, a/k/a "Smokey," (18 U.S.C. §3591(a)(2)(A)).

c.    intentionally inflicted serious bodily injury that resulted in the death of Gregory Keys, a/k/a "Smokey," (18 U.S.C. §3591(a)(2)(B)).

d.    intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Gregory Keys, a/k/a "Smokey," died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(C)).

e.    intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Gregory Keys, a/k/a "Smokey," died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(D)).

f.    committed the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5)).

g.    committed the offense after substantial planning and premeditation to cause the death of Gregory Keys, a/k/a "Smokey," (18 U.S.C. § 3592(c)(9)).

7

h.    intentionally killed or attempted to kill more than one person in a single

criminal episode (18 U.S.C. § 3592(c)(16)).

## NOTICE OF DRUG FORFEITURE

1.    The allegations of Counts 1 through 11 of this fourth superseding indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    As a result of the offenses alleged in Counts 1 through 11, the defendants, **Gregory STEWART**, a/k/a "Rabbit," a/k/a "D-Nice," **Evans LEWIS**, a/k/a "Easy," **Parnell WATTS**, a/k/a "Nell," a/k/a "Nelly," **Solomon DOYLE**, a/k/a "Sol," a/k/a "Black," **Jasmine PERRY**, a/k/a "Jarrell," a/k/a "Rell," **Darick WALLACE**, a/k/a "Lil Man," **Odine DOMINICK**, a/k/a "Odean," **Vanity VINCENT**, and **Terrioues OWNEY**, a/k/a "T-Red," a/k/a "Red," a/k/a "T," shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 11 of this fourth superseding indictment.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants.

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1.      The allegations of Counts 2 and 11 of this fourth superseding indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1) and Title 28, United States Code, Section 2461(c).

2.      As a result of the offenses alleged in Counts 2 and 11, the defendants, **Gregory STEWART,** a/k/a "Rabbit," a/k/a "D-Nice," **Evans LEWIS,** a/k/a "Easy," and **Vanity VINCENT,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 942(c), 924(j) and 924(o), as alleged in Counts 2 and 11 of the fourth superseding indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

     All in violation of Title 18, United States Code, Sections 924(c), 924(j), 924(o) and 924(d)(1).

A TRUE BILL:

FOREPERSON

JIM LETTEN
United States Attorney
Louisiana Bar Roll Number 8517

JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll Number 9020

SHARAN E. LIEBERMAN
Assistant United States Attorney

New Orleans, Louisiana
January 19, 2012

No. __11-107 "G"__

FORM OBD-34

UNITED STATES DISTRICT COURT

Eastern __District of__ Louisiana

__Criminal__ __Division__

THE UNITED STATES OF AMERICA

vs.

GREGORY STEWART, a/k/a "Rabbit", a/k/a "D-Nice", EVANS LEWIS, a/k/a "Easy", PARNELL WATTS, a/k/a "Nell", a/k/a "Nelly", SOLOMON DOYLE, a/k/a "Sol", a/k/a "Black", JASMINE PERRY, a/k/a "Jarrell", a/k/a "Rell", DARICK WALLACE, a/k/a "Lil Man", ODINE DOMINICK, a/k/a "Odean", VANITY VINCENT, TERRIOUES OWNEY, a/k/a "T-Red," a/k/a "Red," a/k/a "T"

FOURTH SUPERSEDING INDICTMENT FOR
VIOLATIONS OF THE FEDERAL CONTROLLED
SUBSTANCES ACT, FEDERAL GUN CONTROL ACT
AND MURDER

VIOLATIONS:    21 USC § 841(a)(1)
21 USC § 841(b)(1)(A)
18 USC § 924(o)
21 USC § 841(b)(1)(C)
21 USC § 846
21 USC § 843(b)
18 USC § 2
18 USC § 924(c)(1)
18 USC § 924(j)
18 USC § 924(d)(1)
18 USC § 1001
21 USC § 853

_A true bill._

_____
Foreperson

_Filed in open court this 19th day of January, A.D. 2012._

_____
Clerk

Bail, $ _____

SHARAN E. LIEBERMAN, Assistant United States Attorney